MARY v LEWIS

Docket No. 56536. Decided July 23, 1975.
    Application for leave to appeal by garnishee defendant Peoples
    State Bank from a decision of the Court of Appeals, Quinn,
    P. J., and Mc Gregor and O'Hara, JJ., holding the bank liable
    on a prejudgment writ of garnishment (Docket No. 18607).

SEPTEMBER 9, 1975. ON
APPLICATION FOR REHEARING.

On order of the Court, the application for re-
hearing filed by plaintiff-appellee is considered,
and the same is granted. This Court's memoran-
dum opinion in this case, dated July 23, 1975, is
vacated. On order of the Court, the application by
defendant-appellant for leave to appeal is reconsid-
ered, and the same is granted. In addition to the
issues raised in appellant's application, the Court
requests that the parties address the issue of
whether 1974 PA 371 affects this case, and, if so,
how it affects this case.

*MacLean, Seaman, Laing & Guilford* (by *Terry
R. Black)* for plaintiff.

*Robert M. Platt* for garnishee defendant.

Reported below: 57 Mich App 14.

SWAINSON, J., not participating.